**Dismissed and Memorandum Opinion filed November 14, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00947-CV

### IN THE INTEREST OF G.A.A.-G, A CHILD

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2007-20638**

# M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed July 29, 2013, terminating the parental rights of appellant, A.A., to the child referenced above. On August 2, 2013, the trial court signed an order granting a new trial on the issue of managing conservatorship of the child. The order reinstated the temporary order naming the Texas Department of Family and Protective Services as temporary managing conservator of the child. Accordingly, the termination order is not final. *See M.C. v. Texas Dep't of Family & Protective Servs*., 300 S.W.3d 300, 303 (Tex. App.— El Paso 2008, pet. denied) (dismissing interlocutory appeal after finding a termination order is not a "final order" when it appoints the Department as the

child's temporary managing conservator); *see also In re E.A.F.,* No. 14-13-00618-CV, 2013 WL 4945751 (Tex. App.—Houston [14th Dist.] Sept. 12, 2013, no pet.) (mem. op.) (dismissing termination appeal where the order did not dispose of all parties and issues); *In re F.M.-T.,* No. 02-12-00522-CV, 2013 WL 1337789 (Tex. App.—Fort Worth Apr. 4, 2013, no pet.) (mem. op.) (dismissing appeal for want of jurisdiction when the trial court's order did not terminate the rights of the presumed father of one of the children).

On October 24, 2013, this court notified the parties that this appeal would be dismissed for want of jurisdiction unless any party filed a response demonstrating this court's jurisdiction on or before November 4, 2013. *See* Tex. R. App. P. 42.3(a). No response was filed.

Accordingly, we order the appeal dismissed for want of jurisdiction. The dismissal is without prejudice to the filing of a new appeal after the trial court signs a final judgment.

PER CURIAM


Panel consists of Justices Christopher, Donovan, and Brown.